# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| MICHAEL FARRIS,<br><br>      Plaintiff,<br><br>      v.<br><br>LABETTE COUNTY MEDICAL CENTER,<br><br>      Defendant. | Case No. 2:19-cv-02060-HLT |

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 104), judgment is entered in favor of Defendant Labette County Medical Center against Plaintiff Michael Farris. This case is closed.

IT IS SO ORDERED.

Dated: <u>December 21, 2021</u>          SKYLER O'HARA
                                                CLERK OF THE DISTRICT COURT

                                                by:  */s/ Misty D. Deaton*
                                                            Deputy Clerk